THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@ffslaw.com
CAROL CHOW (BAR NO. 169299)
carol.chow@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

[Proposed] Attorneys for
Debtors and Debtors in Possession

**FILED & ENTERED**

**APR 30 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

PS ON TAP, LLC, a California limited
liability company, *et al.*,

          Debtors and Debtors in Possession.

Affects:

☒ ALL DEBTORS

☐ PS ON TAP, LLC, a California limited
liability company

☐ GRILL CONCEPTS, INC., a California
corporation

☐ GRILL CONCEPTS, INC., a Nevada
corporation

☐ GRILL CONCEPTS SERVICES, INC., a
California corporation

☐ GRILL CONCEPTS MANAGEMENT,
INC., a California corporation

☐ GCI-MP, INC., a California corporation

☐ PS 303, LLC, a Colorado limited liability
company

☐ SHIFT BAR, LLC, a Nevada limited
liability company

☐ GCI-CC, INC., a California corporation

☐ GRILL CONCEPTS - D.C., Inc., a District
of Columbia corporation

Case No. 1:21-bk-10757-MB

Joint Administration Requested with Case Nos.
2:21-bk-13477-MB; 1:21-bk-10759-MB;
1:21-bk-10760-MB; 1:21-bk-10761-MB;
2:21-bk-13481-MB; 1:21-bk-10762-MB;
1:21-bk-10763-MB; 2:21-bk-13483-MB; and
1:21-bk-10764-MB

Chapter 11

**ORDER GRANTING DEBTORS' *EX
PARTE* MOTION FOR ORDER
LIMITING SERVICE OF NOTICE OF
CERTAIN MATTERS**

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

The Court, having considered the *Debtors' Ex Parte Motion for Order Limiting Service of Notice of Certain Matters* (the "Motion"), filed by PS On Tap, LLC ("PS On Tap"), Grill Concepts, Inc., a California corporation ("GC California"), Grill Concepts, Inc., a Nevada corporation ("GC Nevada"), Grill Concepts Services, Inc. ("GC Services"), Grill Concepts Management, Inc. ("GC Management"), GCI-MP, Inc. ("GCI-MP"), PS 303, LLC ("PS 303"), Shift Bar, LLC ("Shift Bar"), GCI-CC, Inc. ("GCI-CC"), and Grill Concepts - D.C., Inc. ("GC-DC") (collectively, the "Debtors"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** in its entirety.

2.      Pursuant to Rule 2002(i) of the Federal Rules of Bankruptcy Procedure and section 105(a) of the Bankruptcy Code, service of notice of hearings, applications, motions, stipulations, and certain other matters may be limited to the following parties:

(1)     The Debtors;

(2)     Counsel for the Debtors;

(3)     The Office of the United States Trustee;

(4)     The creditors holding the twenty largest unsecured claims of the Debtors (on a consolidated basis);

(5)     The Subchapter V Trustee;

(6)     Counsel for any party (or the party, if unrepresented) directly affected by a particular motion;

(7)     All parties who file a request for special notice with the Court in this lead case (Case No. 1:21-bk-10757); and

(8)     Any other parties the Court may direct.

3.      The matters that are specifically excluded from this Order Limiting Notice are the following:

(a)     The meeting of creditors under § 341 or § 1104(b) of the Code;

(b)     The time fixed for filing proofs of claims;

(c)     The time fixed for filing objections to, and the hearing to consider,

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    confirmation of any proposed plan of reorganization; and

2        (d)    Any other proceedings for which the Court orders further notice.

3        4.    The Debtors are authorized to redact from all pleadings, including service lists, the

4    personal addresses, the email addresses, and other personally identifiable information regarding its

5    current and former employees.  Notwithstanding the foregoing, the following shall have full access to

6    all information contained in any paper filed or submitted in this case, including the un-redacted version

7    of any redacted proofs of service:  the US Trustee; the Subchapter V Trustee, and any other party in

8    interest authorized by the Court to have access to such information.

9        5.    The Debtors will serve a copy of this Order Limiting Service by U.S. Mail on the

10    parties for whom a physical address appears in the Debtors' records and by email on the parties for

11    whom a physical address is unknown by the Debtors but whose email address appears in the Debtors'

12    records.

13

14                    # # #

15

16

17

18

19

20

21

22

23    Date: April 30, 2021

24        Martin R Barash
        United States Bankruptcy Judge

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100