THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@ffslaw.com
CAROL CHOW (BAR NO. 169299)
carol.chow@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

[Proposed] Attorneys for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>PS ON TAP, LLC, a California limited liability company, *et al*.,<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br><br>☒ ALL DEBTORS<br><br>☐ PS ON TAP, LLC, a California limited liability company<br><br>☐ GRILL CONCEPTS, INC., a California corporation<br><br>☐ GRILL CONCEPTS, INC., a Nevada corporation<br><br>☐ GRILL CONCEPTS SERVICES, INC., a California corporation<br><br>☐ GRILL CONCEPTS MANAGEMENT, INC., a California corporation<br><br>☐ GCI-MP, INC., a California corporation<br><br>☐ PS 303, LLC, a Colorado limited liability company<br><br>☐ SHIFT BAR, LLC, a Nevada limited liability company<br><br>☐ GCI-CC, INC., a California corporation<br><br>☐ GRILL CONCEPTS - D.C., Inc., a District of Columbia corporation | Case No. 1:21-bk-10757-MB<br><br>Jointly Administered with Case Nos. 1:21-bk-10778-MB; 1:21-bk-10759-MB; 1:21-bk-10760-MB; 1:21-bk-10761-MB; 1:21-bk-10779-MB; 1:21-bk-10762-MB; 1:21-bk-10763-MB; 1:21-bk-10781-MB; and 1:21-bk-10764-MB<br><br>Chapter 11<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF B. RILEY ADVISORY SERVICES GROUP AS FINANCIAL ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION AND REQUEST FOR AUTHORITY TO DRAW DOWN ON RETAINER AND FOR INTERIM COMPENSATION**<br><br>[Filed concurrently with Notice of Application and Application]<br><br><u>Hearing</u><br><br>[No Hearing Required unless Requested under Local Bankruptcy Rule 9013-1(o)] |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

### MEMORANDUM OF POINTS AND AUTHORITIES

PS On Tap, LLC ("PS On Tap"), Grill Concepts, Inc., a California corporation ("GC California"), Grill Concepts, Inc., a Nevada corporation ("GC Nevada"), Grill Concepts Services, Inc. ("GC Services"), Grill Concepts Management, Inc. ("GC Management"), GCI-MP, Inc. ("GCI-MP"), PS 303, LLC ("PS 303"), Shift Bar, LLC ("Shift Bar"), GCI-CC, Inc. ("GCI-CC"), and Grill Concepts - D.C., Inc. ("GC-DC") (collectively, the "Debtors"), hereby apply to this Court for entry of an order, pursuant to sections 327(a), 328, and 1107 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014(a), authorizing the Debtors to employ B. Riley Advisory & Capital Group, LLC dba B. Riley Advisory Services Group ("B. Riley") as their financial advisor *nunc pro tunc* to the Petition Date and for authority to draw down on the retainer and for interim compensation subject to a final fee application (the "Application"). This Application is supported by the accompanying Declaration of J. Michael Issa (the "Issa Declaration"), and includes B. Riley's disclosures pursuant to section 329(a) of the Bankruptcy Code.  In support of this Application, the Debtors respectfully represent as follows:

### I.    BACKGROUND

For over 30 years, the Debtors have owned and operated a chain of restaurants featuring upscale casual and fine dining experiences under three unique concepts:  a luxury steakhouse reminiscent of the American grills in the 1930's and 1940's operating under the name *The Grill on the Alley*; a family-friendly grill operating under the name *Daily Grill Restaurant & Bar*; and a school-themed Gastropub operating under the name *Public School on Tap*.  The Debtors' restaurants are located primarily in Southern California with additional restaurants located throughout other major cities in the United States.

The emergence of the global coronavirus pandemic and the resulting governmental restrictions on dine-in services, however, have completely devastated the entirety of the Debtors' retail dining operations.  The Debtors have implemented drastic cost-cutting measures to safeguard and maintain their business operations.  However, the Debtors have been prevented from operating at full capacity due to the extended periods of governmental restrictions on in-door dining.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  As a result of the financial devastation wrought by the pandemic and the associated

2  government restrictions on dine-in service, the Debtors have been unable to generate sufficient cash

3  flows to cover their operating expenses, including primarily lease obligations and tax liabilities, and

4  as a result, they have amassed unprecedented liabilities that cannot be sustained.

5  Accordingly, on April 28, 2021 (the "Petition Date"), each of the Debtors filed voluntary

6  petitions for relief pursuant to subchapter V of chapter 11 of the Bankruptcy Code in order to

7  restructure their liabilities, to shed unprofitable locations, and to retain the profitable locations.

8  Upon reorganization, the reorganized Debtors will be well-positioned to take advantage of the

9  anticipated rebound in the hospitality sector that will coincide with the vaccine rollout and generate

10  significant value for the creditors.

11  **II.    RELIEF REQUESTED**

12  **A.    B. Riley's Services**

13  Pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors are continuing to

14  operates their business and manage their financial affairs as debtors in possession.  This Court has

15  jurisdiction over these jointly administered chapter 11 cases and this application pursuant to 28

16  U.S.C. §§ 1334 and 157(b), and venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and

17  1409.

18  The Debtors wish to employ J. Michael Issa, Angela Marker Smith, and other members,

19  associates, and employees of B. Riley, as the Debtors' financial advisors in connection with these

20  jointly-administered cases, and further request authority for drawdown of the retainer.  Mr. Issa is a

21  well-known expert on restaurant bankruptcies and restaurant mergers and acquisitions.  A copy the

22  resume and a summary of the experience and qualifications of those members of B. Riley expected

23  to render substantial services to the Debtors is attached to the Issa Declaration as Exhibit "1".

24  The Debtors require a financial advisor to render the following types of professional services:

25  a.    Assisting with and/or preparing reports to be filed by the Debtors with the

26  Office of the United States Trustee, including the 7-Day Package, the

27  Statement of Financial Affairs, the Schedules of Assets and Liabilities, and

28  the Monthly Operating Reports;

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

b.      Assist in the Debtors' plan of reorganization, including the financial projections and supporting methodology, key assumptions and rationale; appropriate financial analysis and evaluation of Debtors' operations; and supporting financial statements and pro-forma budgets and/or projections;

c.      Preparing supporting documents relative to financial projections necessary for the bankruptcy process, including if necessary a written report summarizing the methodology, key assumptions and findings;

d.      Providing assistance in connection with the financial projections relative to motions to approve any sale of assets or other motions;

e.      Assisting Debtors and Debtors' counsel with respect to negotiating with creditors and responding to any objections to the bankruptcy plan by such claim holders, if and as necessary;

f.      Assisting in modifying the plan as appropriate;

g.      If required, conducting, preparing and providing expert witness evaluations and opinions, declarations and reports, depositions and in-court testimony with respect to the feasibility of the Debtors' plan within the meaning generally applied by bankruptcy courts under section 1129(a)(11) of the Bankruptcy Code; and

h.      Performing such financial advisory services as may be required in the interests of the Debtors and their estates.

The Debtors may, from time to time, request that B. Riley undertake specific matters beyond the limited scope of the responsibilities set forth above.  Should B. Riley agree in its discretion to undertake any such specific matters, the Debtors seek authority herein to include such matters within the scope of B. Riley's employment.

**B.      B. Riley's Compensation**

Prior to the Petition Date, B. Riley has been providing services to the Debtors in connection with the Bankruptcy Case.

B. Riley has agreed to accept as compensation for its services in this case only such sums as

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  may be allowed by this Court in accordance with law, based upon the time spent and services

2  rendered, the results achieved, the difficulties encountered, the complexities involved, and other

3  appropriate factors.  Subject to the Court's approval, B. Riley will charge the Debtors for B. Riley's

4  services in accordance with its hourly rates in effect at the time services are rendered.

5       A summary of (i) the range of the applicable current hourly rates for B. Riley, and (ii) the

6  hourly rates of those members of B. Riley expected to render substantial services to the Debtors, is

7  attached to the Issa Declaration as Exhibit "2".  No compensation will be paid by Debtors to B. Riley

8  except as authorized by this Court.

9       The Debtors respectfully request authority for B. Riley to drawdown on the retainer (and

10  after the exhaustion of the retainer, to be paid) at 80% of billed fees and 100% of billed costs (on an

11  interim basis and subject to a final fee application) provided that no objections are received by the

12  Debtors and B. Riley within 21 calendar days following service of B. Riley's invoice to the list of

13  parties entitled to notice pursuant to the Order Limiting Service [Docket No. 13], including the U.S.

14  Trustee and the Subchapter V Trustee.

15       **C.    Disinterestedness**

16       To the best of the B. Riley's  knowledge, based upon the Issa Declaration, except as they are

17  or have been the financial advisor for the Debtors, B. Riley and all of the advisors comprising or

18  employed by it are disinterested persons who do not have any connections with the Debtors,

19  principals of the Debtors, insiders, the Debtors' creditors, any other party or parties in interest, and

20  their respective attorneys and accountants, the United States trustee, or any person employed in the

21  office of the United States trustee other than the following disclosures:

22       B. Riley represented, represents, and in the future will likely represent many creditors or

23  parties in interest in matters unrelated to the Debtors and this Case.  B. Riley, however, is not

24  representing any of those entities in this Case, and will not represent any of those entities in any

25  claims that they may have collectively or individually against the Debtors.  B. Riley has represented

26  or represents committees, debtors, or other entities in chapter 11 matters unrelated to the Debtor in

27  which the other professionals retained in this Case, are involved.  B. Riley has represented and in the

28  future will likely represent creditors of the Debtors in connection with matters unrelated to the

1    Debtor and this Case.  At this time, B. Riley is not aware of any such representations.  If B. Riley

2    identifies any such representations, B. Riley shall make disclosures as may be appropriate at that

3    time.  *See* Issa Decl., ¶¶ 10-12.

4         The following supplemental disclosure is made in compliance with Form 2014-1 for the

5    United States Bankruptcy Court for the Central District of California (references to B. Riley include

6    all members who are expected to render services in this case):

7              1.        B. Riley is not a creditor, an equity security holder or an insider of

8                        the Debtors, except that B. Riley has previously rendered financial

9                        services to the Debtors for which it has been compensated as

10                       disclosed in the Issa Declaration.

11             2.        B. Riley is not and was not, within 2 years before the date of the

12                       filing of the petition, a director, officer or employee of any of the

13                       Debtors.

14             3.        B. Riley does not have an interest materially adverse to the interest

15                       of the estates or of any class of creditors or equity security holders,

16                       by reason of any direct or indirect relationship to, connection with,

17                       or interest in, the Debtors.

18             4.        B. Riley is not a relative or employee of the United States trustee or

19                       a bankruptcy judge.

20   *See* Issa Decl., ¶ 13.

21        B. Riley will conduct an ongoing review of its files to ensure that no conflicts or other

22   disqualifying circumstances exist or arise.  If any new facts or circumstances are discovered, B.

23   Riley will supplement its disclosure to the Court.  Other than with respect to its own members and of

24   counsel, B. Riley has not agreed to share with any person or firm the compensation to be paid for

25   professional services it renders in connection with this case.

26   **III.    CONCLUSION**

27        The employment of B. Riley as the Debtors' financial advisor is in the best interest of the

28   Debtors' estates.  Based on the facts and disclosures above, the Debtors respectfully request

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

authority to employ, as of April 28, 2021, J. Michael Issa, Angela Marker Smith, and other members

and associates of B. Riley as the Debtors' financial advisor, with compensation at the expense of the

Debtors' estate in such amount as the Court may hereafter allow and paid pursuant to further orders

of this Court.  The Debtors further respectfully request authority for B. Riley to drawdown on the

retainer (and after the exhaustion of the retainer, to be paid) at 80% of billed fees and 100% of billed

costs on an interim basis and subject to a final fee application provided that no objections are

received by the Debtors and B. Riley within 21 calendar days following service of B. Riley's invoice

to the list of parties entitled to notice pursuant to the Order Limiting Service [Docket No. 13],

including the U.S. Trustee and the Subchapter V Trustee.

DATED: June 7, 2021                    By:    _/s/ Carol Chow_____
                                              THEODORE B. STOLMAN
                                              CAROL CHOW
                                              Proposed Reorganization Counsel
                                              for Debtor and Debtor in Possession

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4969811.1                                     7

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

### DECLARATION OF J. MICHAEL ISSA

I, J. Michael Issa, declare as follows:

1.      I am over eighteen years of age, and I have personal knowledge of each of the facts stated in this declaration.  If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge.

2.      I am a Principal of B. Riley Advisory & Capital Group, LLC dba B. Riley Advisory Services Group ("B. Riley") and a Certified Public Accountant ("CPA"). I also am a FINRA licensee and hold Series 79, 63 and 65 licenses.

3.      I submit this declaration support of the Application for Order Authorizing the Employment and Retention of B. Riley Advisory Services Group as Financial Advisors for the Debtors and Debtors in Possession and Request for Authority to Draw Down on Retainer and for Interim Compensation (the "Application").

**A.      B. Riley's Services**

4.      B. Riley is a financial advisory services firm which maintains offices at 19800 MacArthur Blvd., Ste. 820, Irvine, CA 92612, and other locations throughout the United States. B. Riley is a national specialty financial advisory services firm providing solutions to complex business problems and board level agenda items. The firm applies a unique mix of skill sets and experience to address matters of the utmost importance to an enterprise such as managing through a business crisis or bankruptcy, planning & executing a major acquisition or divestiture, pursuing a fraud investigation or corporate litigation, and other top level non-typical business challenges. Additionally, B. Riley's professionals have extensive familiarity with the accounting practices in insolvency matters in the bankruptcy courts in the Central District of California and in other states.

5.      The services to be rendered by B. Riley in these jointly-administered cases are, among other things, the following:

      a.      Assisting with and/or preparing reports to be filed by the Debtors with the Office of the United States Trustee, including the 7-Day Package, the Statement of Financial Affairs, the Schedules of Assets and Liabilities, and the Monthly Operating Reports;

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

b.    Assist in the Debtors' plan of reorganization, including the financial projections and supporting methodology, key assumptions and rationale; appropriate financial analysis and evaluation of Debtors' operations; and supporting financial statements and pro-forma budgets and/or projections;

c.    Preparing supporting documents relative to financial projections necessary for the bankruptcy process, including if necessary a written report summarizing the methodology, key assumptions and findings;

d.    Providing assistance in connection with the financial projections relative to motions to approve any sale of assets or other motions;

e.    Assisting Debtors and Debtors' counsel with respect to negotiating with creditors and responding to any objections to the bankruptcy plan by such claim holders, if and as necessary;

f.    Assisting in modifying the plan as appropriate;

g.    If required, conducting, preparing and providing expert witness evaluations and opinions, declarations and reports, depositions and in-court testimony with respect to the feasibility of the Debtor's plan within the meaning generally applied by bankruptcy courts under section 1129(a)(11) of the Bankruptcy Code; and

h.    Performing such financial advisory services as may be required in the interests of the Debtors and their estates.

**B.    B. Riley's Compensation**

6.    B. Riley was retained by the Debtors to provide financial advisory services prior to the Petition Date.  In the one-year period prior to the Petition Date, B. Riley received the following payments:

| | |
|---|---|
| 08/13/20 | $47,652.50 |
| 09/29/20 | $35,185.00 |
| 10/12/20 | $36,930.00 |
| 11/17/20 | $26,835.00 |
| 01/06/21 | $13,125.00 |
| 02/09/21 | $10,975.00 |

| 02/17/21 | $37,042.50 |
|----------|------------|
| 03/15/21 | $45,225.00 |
| 03/16/21 | $150,000.00 |
| 03/23/21 | $36,540.00 |
| 04/16/21 | $20,170.00 |
| 04/27/21 | $32,150.00 |

As noted above, on or about March 16, 2021, B. Riley received a retainer from the Debtor in the amount of $150,000 (the "Pre-Chapter 11 Retainer") for services rendered and expenses incurred in preparation for the filing of these bankruptcy cases. The Debtors do not owe B. Riley any amount for pre-petition services.

7.     The professionals currently expected to be principally responsible for the Case, and its respective hourly rates effective as of January 1, 2021, are as follows:  J. Michael Issa - $550; and Angela Marker Smith - $395. The hourly rates of all of B. Riley's professionals and paraprofessionals are available upon request.  Copies of the resumes of the professionals expected to work on the case are attached hereto as **Exhibit "1."**

8.     These rates are subject to periodic review and adjustment. To the extent that the services of other principals, associates and staff of B. Riley are utilized, its hourly billing rates will be consistent with the rates of those listed above who have similar experience and seniority.

## C.    Disinterestedness

9.     B. Riley has made the following investigation of disinterestedness prior to submitting this Declaration. B. Riley has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters. B. Riley requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the B. Riley database and to enter into that database conflict information regarding new clients or new matters. Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation. B. Riley has conducted an extensive conflict check within B. Riley's database, and thus far B. Riley has not encountered any creditors of the Debtors in which an actual conflict exists between B. Riley and such creditors.  If, at any subsequent time during the course of this proceeding, B. Riley learns of any other representation which may

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  give rise to a conflict, B. Riley will promptly file with the Court and the Office of the United States

2  Trustee an amended declaration identifying and specifying such involvement.

3      10.    B. Riley represented, represents, and in the future will likely represent many creditors

4  or parties in interest in matters unrelated to the Debtors and this Case.  B. Riley, however, is not

5  representing any of those entities in this Case, and will not represent any of those entities in any

6  claims that they may have collectively or individually against the Debtors.

7      11.    B. Riley has represented or represents committees, debtors, or other entities in

8  chapter 11 matters unrelated to the Debtor in which the other professionals retained in this Case, are

9  involved.

10      12.    B. Riley has represented and in the future will likely represent creditors of the

11  Debtors in connection with matters unrelated to the Debtor and this Case.  At this time, B. Riley is

12  not aware of any such representations.  If B. Riley identifies any such representations, B. Riley shall

13  make disclosures as may be appropriate at that time.

14      13.    The following supplemental disclosure is made in compliance with Form 2014-1 for

15  the United States Bankruptcy Court for the Central District of California (references to B. Riley

16  include all members who are expected to render services in this case):

17      a.    B. Riley is not and was not a creditor, an equity security holder, or an insider of

18          the Debtor, except that B. Riley has previously rendered legal services to the

19          Debtor for which it has been compensated as disclosed above.

20      b.    B. Riley is not and was not an investment banker for any outstanding security of

21          the Debtor.

22      c.    B. Riley is not and was not, within three years before the Petition Date, either an

23          investment banker for a security of the Debtors or an attorney for any such

24          investment banker in connection with the offer, sale, or issuance of any security

25          of the Debtors.

26      d.    B. Riley is not and was not, within two years before the Petition Date, a

27          director, officer, or employee of the Debtors or of any investment banker for

28          any security of the Debtors.

e.    B. Riley has no interest materially adverse to the interests of the Debtors' estate

or of any class of creditors or equity security holders, either by reason of any

direct or indirect relationship to, connection with, or interest in the Debtors or

an investment banker for any security of the Debtors or for any other reason.

f.    B. Riley is not a relative or an employee of the U.S. Trustee or a Bankruptcy

Judge in the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed on May 3*l* , 2021, at Los Angeles, California.

J. MICHAEL ISSA

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4969808.1

# EXHIBIT "1"



## J. MICHAEL ISSA

**GlassRatner Advisory & Capital Group LLC**
19800 MacArthur Suite 820
Irvine, CA 92612
949 862-1595

*EXPERIENCE*
**GlassRatner Advisory & Capital Group LLC**
*California Managing Principal*
GlassRatner is a national advisory firm with offices in a number of major cities. The firm received the award for Middle Market Turnaround Firm of the Year in 2013. Mr. Issa is the principal in charge of the firm's California practice. The firm and its principals have provided significant benefits to clients in many industries including automotive, manufacturing, distribution, healthcare, retailing, restaurants, professional practices, services, real estate, oil and gas, and construction. The firm has an extensive real estate consulting and capital raising operation as part of its practice. The firm's services to its clients have been diverse, and have included the following:

- Mr. Issa and his team have raised various types of equity financing and joint venture participations on behalf of their clients. One of Mr. Issa's 2012 transactions received a major category award in 2013 at the Atlas Turnaround Event. Mr. Issa also won the M&A Advisors Award for Middle Market Retailing Deal of the Year in 2005.
- Mr. Issa was the financial adviser to the successful buyer of the Premier Cru inventory, the largest wine liquidation sale in US bankruptcy history.
- Mr. Issa has advised a number of investors on acquisitions of assets including portfolios of distressed assets from banks.
- As a part of crisis management for their clients, the firm frequently engages in debt restructuring. Mr. Issa has personally managed several billion dollars of debt restructuring on behalf of his clients and has been Chief Restructuring Officer for many of California's residential, office and retail developers, including some of the largest restructurings and bankruptcies in the last two real estate cycles. He has served as a Chapter 11 Bankruptcy Trustee in the Central District of California as well as in other Court appointed fiduciary capacities.
- Mr. Issa is a well-known authority on corporate operations, including working in interim management capacities. Services provided to his clients have included debt restructuring including CRO, bankruptcy advisory, capital raising, M&A and financial and operational turnaround.
- Mr. Issa has also been a court-appointed liquidating trustee of portfolios of real property and of operating companies, including a Registered Investment Adviser. He chaired the strategic disposition committee of a public hotel company when the company's assets were sold off in a nine-digit transaction to another public hotel company.
- Mr. Issa and other GlassRatner professionals frequently appear as expert witnesses in litigation matters. These matters frequently involve testimony in the context of corporate, partnership, or individual bankruptcies. Examples of such testimonies include Plan

ATLANTA | CHICAGO | IRVINE | MIAMI | NEW YORK | TAMPA

19800 MacArthur Blvd. Suite 820|Irvine, CA 92612|Tel:949-862-4288|Fax: 949-743-0333|www.glassratner.com

14

Feasibility at Bankruptcy Confirmation Hearings, testimony in Use of Cash Collateral Hearings, company and asset liquidation analysis, adequacy of New Value, and a variety of financing and recapitalization issues. Mr. Issa has testified on interest matters in bankruptcy court a number of times. Mr. Issa and the firm also appear as expert witnesses in a variety of other non-bankruptcy litigation matters.

**Ballenger Cleveland & Issa, LLC** with offices in Los Angeles and Irvine
***Executive Managing Director and Cofounder***
Mr. Issa's Orange County practice of Ballenger Cleveland & Issa, LLC merged with GlassRatner in November 2010. The array of services outlined above was substantially the same at both BCI and GlassRatner.

**KIBEL GREEN ISSA, Inc**. with offices in Santa Monica and Irvine, Ca
***Vice Chairman, Managing Director of Orange County Practice***
Mr. Issa was the principal in charge of the firm's Orange County practice since the office opened in 1993. KGI was named one of the "12 Outstanding Turnaround Firms Nationally" by a nationwide industry publication during Mr. Issa's tenure.

***PREVIOUS WORK EXPERIENCE***
Prior to his employment with KGI, Mr. Issa was the head of a group of companies, which were privately owned by several high net-worth, individual investors whose primary business was to acquire and turnaround problem assets including both operating companies and real property. After completing graduate school, Mr. Issa worked as a commercial banker with a regional bank and a money center bank for a total of five years. Subsequent to his banking career, Mr. Issa was the chief financial officer for a privately held company with diverse investments in operating companies, oil and gas assets and real estate.

***OTHER QUALIFICATIONS***
**Education:**
Mr. Issa is a Beta Gamma Sigma Master of Business Administration from the University of Texas at Austin. He also received a Bachelor of Business Administration from the same institution. Mr. Issa has also taught in the business schools at three different four-year universities.

**Boards:**
Mr. Issa has served on the boards of both public and private companies as well as various non-profit organizations. He has also served on or chaired a number of strategic, financial and operating committees for these companies.

**Licenses and Professional Designations:**
Mr. Issa is a Certified Public Accountant. He also holds various FINRA licenses including the Series 79; Series 63; and Series 65. He is a member of the following professional organizations: Orange County Bankruptcy Forum, Turnaround Management Association, and Urban Land Institute. He has also been included in the Nationwide Register's Who's Who in Executives and Businesses and speaks frequently at industry conferences on a variety of topics. He is also a Pulitzer nominee and award-winning writer.

# ANGELA MARKER SMITH CPA

## EXECUTIVE CONSULTANT

amsmith@brileyfin.com
(208) 816-1133
vCard



## Prominent Matters

- CFO reporting to the CRO for Howell Munitions & Technology, Inc., X-Treme Bullets, Inc., Ammo Load Worldwide, Inc., Clearwater Bullets, Inc., Howell Machine, Inc., Lewis-Clark Ammunition Components, LLC, Freedom Munitions, LLC, and Components Exchange, LLC

Angela Marker Smith has over 25 years of diversified and strategic financial and operational experience servicing clients in the manufacturing, restaurant, telecom, insurance, oil & gas and healthcare services industries. She has participated in Chapter 11 filings and administration, 363 sales, disposition of assets, cash flow analysis, auditing of financial reports, and business plans.

Prior to GlassRatner [now doing business as B. Riley Advisory Services], Angela was the CFO at Howell Munitions & Technology, Inc. [HMT], which included nine other separate entities. HMT was a high-volume manufacturer of bullets, cases and ammunition. She was instrumental in working with over 25 different private equity firms looking for funding for the company during a struggling time in the industry. Angela coordinated with all external auditors, bankers, tax preparers and other management on behalf HMT. She assisted in the bankruptcy filing process for this manufacturing company that included eight separate debtors, preparing all schedules, monthly operating reports, cash flow reports and projections and support to the CRO and legal counsel. Prior to the bankruptcy filing, she worked tirelessly to identify areas of the company that could cut costs and control spending where the company could be profitable during a time in the industry that was contracting.

Before HMT, Angela owned her own accounting firm for over 10 years, supporting small to mid-size companies with their planning, budgeting, reporting and tax returns. Most of her clients were Health Services groups including an Oral & Facial Surgery Center and Dental Practices. She assisted them with their monthly reporting, tax support and development of their retirement plans.

In addition, Angela worked as an FPA Manager for the public telecommunications company, Verizon Wireless, where she planned and managed their operating and capital budgets for the Network, Systems and Operations Departments. She was a member of multi-million-dollar capital projects during a time of extreme expansion. She prepared and/or reviewed Business Cases and Plans on major projects affecting the department. She managed the Technology Transfer process, which included working and negotiating with legal, contracting, international partners and external vendors to ensure all contracts were created and managed in the best interest of the company.

She went on to help manage various projects at Verizon Wireless, from the planning to implementation stages. Such projects included the Cell Phone Number Mobility Project related to all Network, Systems and Operations. She was the project lead for the conversion of a new Time Reporting System for 300+ employees, including the development and tracking of Work Breakdown Structure and Timeline. Angela was also the project manager for the Oracle Financials to PeopleSoft Financials conversion for a department budget of over $40 million.

While employed at Deloitte and Touche LLP, Angela audited private and public companies in the Insurance sector including California Compensation Insurance Company and Foundation Health Insurance Company. She prepared both Statutory and GAAP Basis Financials and Notes to the Financials, while also working on the California Earthquake Authority that offers earthquake insurance to California residents.

### Specialties:
Asset Management
Bankruptcy Proceedings
Cash Flow Projections
Due Diligence
Financial Management
Litigation Support
Project Management
Section 363 Sale

### Industries:
Manufacturing
Restaurant
Telecom
Insurance
Oil & Gas
Healthcare Services

# ANGELA MARKER SMITH CPA

amsmith@brileyfin.com
(208) 816-1133
vCard

Before this, Angela was part of the team that audited Kenetech Windpower, an SEC company, and one of the first wind power companies in the country. In addition, Angela worked for Chevron U.S.A. in the State Tax and Royalty Department where she filed monthly and annual tax returns with the State of Texas and worked with the State of Texas internal audit department.

Angela holds a Bachelor of Science degree from the University of Idaho and a Project Management Certificate from University of California Berkley. She is a Certified Public Accountant (licensed in Idaho) and a past St. Joseph Regional Medical Center Foundation Trustee.

B | RILEY *Advisory Services*
a B. Riley Financial company

# EXHIBIT "2"

**B. RILEY**

**<u>RANGE OF HOURLY RATES</u>**

| *General Range of Rates* | *Billing Rate Effective 01/01/2021* |
| --- | --- |
| Principals and Staff | $250 to $575 |
| *Professionals Expected to be Most Active in this Case* | |
| J. Michael Issa, Principal | $550 |
| Angela Marker Smith | $395 |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Freeman, Freeman & Smiley, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.

A true and correct copy of the document entitled: **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF B. RILEY ADVISORY SERVICES GROUP AS FINANCIAL ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION AND REQUEST FOR AUTHORITY TO DRAW DOWN ON RETAINER AND FOR INTERIM COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 7, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

J Scott Bovitz on behalf of Creditor Moss & Company, Inc.
bovitz@bovitz-spitzer.com

Carol Chow on behalf of Debtor GCI-CC, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor GCI-MP, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor Grill Concepts - D.C., Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor Grill Concepts Management, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor Grill Concepts Services, Inc.
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor Grill Concepts, Inc., a California corporation
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor Grill Concepts, Inc., a Nevada corporation
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor PS 303, LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor PS On Tap, LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Carol Chow on behalf of Debtor Shift Bar, LLC
carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

russell.clementson@usdoj.gov
Sarah M Cox on behalf of Creditor The Shops at Summerlin North LP
sarah@spectorcox.com, sarah@ecf.courtdrive.com;sshank@spectorcox.com

M Douglas Flahaut on behalf of Interested Party Courtesy NEF
flahaut.douglas@arentfox.com

Moriah Douglas Flahaut (TR)
douglas.flahaut@arentfox.com, C194@ecfcbis.com

Courtney J Hull on behalf of Creditor Texas Workforce Commission
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Jonathan C Sandler on behalf of Creditor PPF Off 1601 Wewatta Street LLC
jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com

Michael St James on behalf of Interested Party Courtesy NEF
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**2.     SERVED BY UNITED STATES MAIL:**

On *(date)*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**2.     SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 7, 2021**, I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**COURTESY COPY TO HON. MARTIN R. BARASH (BY EMAIL)**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2021 | Easter A. Santa Maria | *Easter A. Santa Maria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |