1  THEODORE B. STOLMAN (BAR NO. 52099)
ted.stolman@ffslaw.com
2  CAROL CHOW (BAR NO. 169299)
carol.chow@ffslaw.com
3  FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
Telephone:  (310) 255-6100
5  Facsimile:  (310) 255-6200

6  [Proposed] Attorneys for
Debtors and Debtors in Possession

7

**UNITED STATES BANKRUPTCY COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

9

10  In re:

PS ON TAP, LLC, a California limited
11  liability company, *et al*.,

12      Debtors and Debtors in Possession.

13  Affects:

14  ☒ ALL DEBTORS

15  ☐ PS ON TAP, LLC, a California limited
liability company

16  ☐ GRILL CONCEPTS, INC., a California
17  corporation

18  ☐ GRILL CONCEPTS, INC., a Nevada
corporation

19  ☐ GRILL CONCEPTS SERVICES, INC., a
20  California corporation

21  ☐ GRILL CONCEPTS MANAGEMENT,
INC., a California corporation

22  ☐ GCI-MP, INC., a California corporation

23  ☐ PS 303, LLC, a Colorado limited liability
company

24

25  ☐ SHIFT BAR, LLC, a Nevada limited
liability company

26  ☐ GCI-CC, INC., a California corporation

27  ☐ GRILL CONCEPTS - D.C., Inc., a District
of Columbia corporation

28

Case No. 1:21-bk-10757-MB

Jointly Administered with Case Nos.
1:21-bk-10778-MB; 1:21-bk-10759-MB;
1:21-bk-10760-MB; 1:21-bk-10761-MB;
1:21-bk-10779-MB; 1:21-bk-10762-MB;
1:21-bk-10763-MB; 1:21-bk-10781-MB; and
1:21-bk-10764-MB

Chapter 11

**NOTICE OF MOTION AND MOTION TO
REJECT CERTAIN UNEXPIRED
LEASES OF NONRESIDENTIAL REAL
PROPERTY AND ABANDON *DE
MINIMIS* PROPERTY IN CONNECTION
THEREWITH (BETHESDA AND
ADDISON)**

[Filed concurrently Memorandum of Points
and Authorities and Declarations of Claude R.
Cognian and J. Michael Issa In Support
Thereof]

Hearing

Date:   June 29, 2021
Time:   1:30 p.m.
Place:   Videoconference

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4995054.1

1

**1**

**TO ALL PARTIES IN INTEREST**:

**2**

**PLEASE TAKE NOTICE** that the Debtors[1] will and hereby do move the Court for entry

**3** of an order authorizing the Debtors to reject the following unexpired leases of nonresidential real

**4** property and abandon *de minimis* property in connection therewith (the "Motion"):

**5**    a.    Bethesda Lease

**6**

| Restaurant Location: | One Bethesda Metro Center Bethesda, MD 20814 |
|---|---|
| Landlord: | TMG II Bethesda Hotel, L.P. c/o The Meridian Group 3 Bethesda Metro Center, Suite 1400 Bethesda, MD 20814 Attn: Charlie A. Schwieger |
| Tenant: | Grill Concepts, Inc., a California corporation |

**7**

**8**

**9**

**10**

**11**

**12**

**13**    b.    Addison Lease

**14**

| Restaurant Location: | 14854 Montfort Drive Addison, TX 75254 |
|---|---|
| Landlord: | Prestonwood Pond LLC c/o DRAM Property Management, LLC 14860 Montfort Drive Suite 107, LB 10 Dallas, TX 75254 Attn: Michael Aguilar |
| Tenant: | GCI-MP, Inc. |

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24** [1]    The debtors in these jointly-administered cases include:  PS On Tap, LLC (EIN No. 86-1102963); Grill Concepts, Inc., a California corporation (EIN No. 95-4142747); Grill Concepts, **25** Inc., a Nevada corporation (EIN No. 13-3319172); Grill Concepts Services, Inc. (EIN No. 20-3645375); Grill Concepts Management, Inc. (EIN No. 95-4850209); GCI-MP, Inc. (EIN No. 86-**26** 1102963); PS 303, LLC (EIN No. 47-4712122); Shift Bar, LLC (EIN No. 46-5305615); GCI-CC, Inc. (EIN No. 86-1102964); and Grill Concepts - D.C., Inc. (EIN No. 52-1987997) (collectively, **27** the "Debtors").

**28**

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1    **PLEASE TAKE FURTHER NOTICE** that this Motion is based upon the concurrently-

2  filed Memorandum of Points and Authorities with the attached Declarations of Claude R. Cognian

3  and J. Michael Issa, the complete files and records in this case, and upon such other matters as

4  may be properly considered by the Court.

5    **PLEASE TAKE FURTHER NOTICE** that the hearing for the Motion will be conducted

6  on **June 29, 2021, at 1:30 p.m.**  Notwithstanding any language in the Notice advising or suggesting

7  that the hearing will be held physically in one of the Court's courtrooms, please be advised that due to

8  the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and

9  video technology.  Individuals will not be permitted access to the courtroom.  Below is the information

10  on how to participate in the hearing remotely using ZoomGov:

11    1.    Hearing participants and members of the public may participate in and/or observe the
            hearing using ZoomGov, free of charge.

12

13    2.    Individuals may connect by ZoomGov audio and video using a personal computer
            (equipped with camera, microphone and speaker), or a handheld mobile device with an
            integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or

14          Android tablet).  The connection can be initiated by entering the "Meeting URL" into a
            web browser on any of these devices, provided the device is connected to the Internet.

15          Individuals connecting in this manner will be prompted for the Meeting ID and
            Password shown below.

16

17    3.    Individuals also may connect to the hearing by telephone only, using the telephone
            number provided below.  Individuals connecting in this manner also will be prompted

18          for the Meeting ID and Password.

19    4.    Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the
            hearing, and no pre-registration is required.

20

21    5.    The audio portion of the hearing will be recorded electronically by the Court and
            constitute its official record.

22

      6.    All persons are strictly prohibited from making any other recording of court

23          proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this
            prohibition may result in the imposition of monetary and non-monetary sanctions.

24

      7.    The following is the unique ZoomGov connection information for the above-

25          referenced hearing:

26          **Meeting URL:  https://cacb.zoomgov.com/j/1611336446**

27          **Meeting ID:     161 133 6446**

28          **Password:      272202**

4995054.1                                              3

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**Telephone:        1 (669) 254 5252 or 1 (646) 828 7666**

8.        More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

**PLEASE TAKE FURTHER NOTICE** that LBR 9013-1(f) requires a written response to be filed and served at least 14 days before the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you would like to request a copy of the separately-filed Memorandum of Points and Authorities with the attached declarations, please contact Easter Santa Maria, Freeman, Freeman & Smiley, LLP, 1888 Century Park East, Suite 1500, Los Angeles, California 90067, Telephone (310) 255-6100, easter.santamaria@ffslaw.com.

DATED: June 8, 2021                    By:        */s/ Carol Chow*
                                                THEODORE B. STOLMAN
                                                CAROL CHOW
                                                [Proposed] Attorneys for
                                                Debtors and Debtors in Possession

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4995054.1                                        4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Freeman, Freeman & Smiley, 1888 Century Park East, Suite 1500, Los Angeles, CA  90067.

A true and correct copy of the document entitled:  **NOTICE OF MOTION AND MOTION TO REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDON DE MINIMIS PROPERTY IN CONNECTION THEREWITH (BETHESDA AND ADDISON)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

J Scott Bovitz on behalf of Creditor   Moss & Company, Inc.
bovitz@bovitz-spitzer.com

Carol  Chow on behalf of Debtor   GCI-CC, Inc.
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   GCI-MP, Inc.
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   Grill Concepts - D.C., Inc.
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   Grill Concepts Management, Inc.
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   Grill Concepts Services, Inc.
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   Grill Concepts, Inc., a California corporation
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   Grill Concepts, Inc., a Nevada corporation
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   PS 303, LLC
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

Carol  Chow on behalf of Debtor   PS On Tap, LLC
carol.chow@ffslaw.com,  easter.santamaria@ffslaw.com

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  Carol Chow on behalf of Debtor   Shift Bar, LLC
   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

2

3  Russell Clementson on behalf of U.S. Trustee   United States Trustee (SV)
   russell.clementson@usdoj.gov

4

5  Sarah M Cox on behalf of Creditor   The Shops at Summerlin North LP
   sarah@spectorcox.com, sarah@ecf.courtdrive.com;sshank@spectorcox.com

6  M Douglas Flahaut on behalf of Interested Party   Courtesy NEF
   flahaut.douglas@arentfox.com

7

8  Moriah Douglas Flahaut (TR)
   douglas.flahaut@arentfox.com, C194@ecfcbis.com

9
   Courtney J Hull on behalf of Creditor   Texas Workforce Commission
10 bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

11 Dare Law on behalf of U.S. Trustee   United States Trustee (LA)
   dare.law@usdoj.gov

12

13 Jonathan C Sandler on behalf of Creditor   PPF Off 1601 Wewatta Street LLC
   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com

14

15 Michael St James on behalf of Interested Party   Courtesy NEF
   ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

16 United States Trustee (SV)
   ustpregion16.wh.ecf@usdoj.gov

17

18 **2.    SERVED BY UNITED STATES MAIL:**

19 On **June 8, 2021**, I served the following persons and/or entities at the last known addresses in this
   bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
20 envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing
   the judge here constitutes a declaration that mailing to the judge will be completed no later than 24
21 hours after the document is filed.

22                                  ☒ Service information continued on attached page

23 **2.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE**
   **TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to
24 F.R.Civ.P. 5 and/or controlling LBR, on **June 8, 2021**, I served the following persons and/or
   entities by personal delivery, overnight mail service, or (for those who consented in writing to
25 such service method), by facsimile transmission and/or email as follows.  Listing the judge here
   constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
26 completed no later than 24 hours after the document is filed.

27
         **COURTESY COPY TO HON. MARTIN R. BARASH (BY EMAIL)**
28

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2  correct.

3  June 8, 2021                    Easter A. Santa Maria

4  *Date*                         *Printed Name*                          *Signature*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4995054.1                                        7

*In re PS on Tap, LLC*, Case No. 1:21-bk-10757-MB

# SERVICE LIST

Bank of America
333 S. Hope St.
Los Angeles, CA 90071
Attn: Marc Hamud
Email: marc.hamud@bofa.com

Ring Associates LLC
1200 18th Street NW, Suite 1010
Washington, DC 20036
Attn: Kelly Christensen
Email: kchrisofva@gmail.com

Laurel Center Group
6300 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90048
Attn: Ira Smedra
Email: ira@thearbagroup.com

Aventura Mall Venture/fbo
Lehman Brothers Bank FSB
PO Box 865006
Orlando, FL 32886
Attn: George Radu
Email: gradu@turnberry.com

TMG II Bethesda Hotel LLP
1 Bethesda Metro Center
Bethesda, MD 20814
Attn: Charlie Schweiger
Email: charlieschwieger@tmgdc.com

PPF OFF 1601 Wewatta Street, LLC dba Prime Property Fund
1601 Wewatta Street, Suite 860
Denver, CO 80202
Attn: Lindsay Stearns
Email: Lindsay.Stearns@hines.com

CA Colorado Center Ltd
PO Box 847113
Los Angeles, CA 90084
Attn: Alexander Cameron
Email: acameron@bxp.com

Moss & Company
15300 Ventura Blvd, Suite 416
Sherman Oaks, CA 91403
Attn: Jaclyn Feinberg
Email jackiefeinberg@mosscompany.com

Spivak Restaurant Development LLC
860 Norman Place
Los Angeles, CA 90049
Email: bob@spivakrd.com

Culver Salar Family Investment LLC
201 Wilshire Blvd Ste A 28
Santa Monica, CA 90401
Attn: Daniel Rafalian
Email: brafalian@yahoo.com

3700 MCKinney Ltd
PO Box 205532
Dallas, TX 75320
Attn: Jennifer Harris
Email: jennifer@urbanpartners.com

Graton Economic Development Authority
c/o James E. Cohen - Maier Pfeffer Kim Geary & Cohen, LLP
1970 Broadway, Suite 825
Oakland, CA 94612
Email: jcohen@jmandmplaw.com

Prestonwood Pond LLC
14860 Montfort Dr
Suite 107, LB 10
Dallas TX 75254
Attn: Michael Aguilar
Email: michael@sas-realestate.com

Sysco North Texas
800 Tinity Drive
Lewisville, TX 75056
Attn: Cary Nelms
Email: nelms.cary@corp.sysco.com

Sysco San Francisco Inc
5900 Stewart Avenue
Fremont, CA 94538
Attn: Cary Nelms
Email: nelms.cary@corp.sysco.com

4964645.5
25042-821

Sysco Los Angeles Inc
20701 East Currier Road
Walnut, CA 91789
Attn: Cary Nelms
Email:
nelms.cary@corp.sysco.com

The Westin Galleria Dallas
13340 Dallas Parkway
Dallas, TX 75240
Email: deb.skiles@westin.com

Healthy San Francisco
PO Box 194367
San Francisco, CA 94119
Email:
info@healthsanfrancisco.org

HST Lessee LAX LP dba Westin
LAX
5400 West Century Blvd
Los Angeles, CA 90045
Attn: Greg Fang
Email:
greg.fang@hosthotels.com

Sysco Baltimore LLC
8000 Dorsey Run Road
Jessup, MC 20794
Attn: Cary Nelms
Email: nelms.cary@corp.sysco.com

Department of Treasury-IRS
P.O. Box 7346
Philadelphia, PA 19101
Email: Linda.M.Kittrell@irs.gov

State of California Franchise Tax
Board
PO Box 942857
Sacramento, CA 94257
Email:
ftbsmallbusinessliaison@ftb.ca.gov

CA Employment Development
Department
PO Box 826880 - DICO, MIC 29
Sacramento, CA 94280
Attn: Rex Abiva
Email:  rex.abiva@edd.ca.gov

Russell Clementson
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
Email:
Russell.Clementson@usdoj.gov

M. Douglas Flahaut
Subchapter V Trustee
Arent fox LLP | Attorneys at Law
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Email:
Douglas.Flahaut@arentfox.com

Linebarger Goggan Blair &
Sampson, LLP
2777 N. Stemmons Freeway, Suite
1000
Dallas, TX 75207
Attn: Elizabeth Weller
Email:
dallas.bankruptcy@publicans.com

Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251
Attn: Sarah M. Cox
Email: sarah@spectorcox.com

Department of Treasury-IRS
P.O. Box 7346
Philadelphia, PA 19101
Email: Linda M. Kittrell@irs.gov

Los Angeles County Treasurer and
Tax Collector
PO Box 54110
Los Angeles, CA 90054
Email:
bankruptcy@ttc.lacounty.gov

Miami Dade County
200 NW 2nd Avenue
Miami, FL 33128

John R Ames CTA
(Dallas County Tax Office)
1201 Elm Street, Suite 2600
Dallas, TX 75270
Email:
propertytax@dallascounty.org

City and County of Denver
201 W Colfax Ave, Dept 406
Denver, CO 80202
Email: assessor@denvergov.org

Los Angeles County Treasurer
and Tax Collector
PO Box 54110
Los Angeles, CA 90054
Email:
bankruptcy@ttc.lacounty.gov

4964645.5
25042-821